UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jammadriteal Dunn</u>

          v.                         Civil No. 08-cv-178-PB

<u>Warden, Northern New Hampshire
   Correctional Facility</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 24, 2008, no objection having been filed.

SO ORDERED.

July 18, 2008                         `/s/ Paul Barbadoro`
                                            Paul Barbadoro
                                            United States District Judge

cc:     Jammadriteal Dunn, pro se